1  SUE CAMPBELL
   Attorney at Law, State Bar Number 98728
2  1155 North First Street, Suite 101
   San Jose, California 95112
3  Phone: (408) 277-0648
   Fax:   (408) 938-1035
4
   Attorney for Plaintiffs
5

*efiled 3/7/07

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 BOB TRAGNI AND WILLIAM T.                 )  CASE NO.:  C06-07351 JF PVT
   BARROW, AS TRUSTEES OF THE                )
11 INTERNATIONAL BROTHERHOOD OF              )  CASE MANAGEMENT
   ELECTRICAL WORKERS LOCAL 332              )  CONFERENCE STATEMENT
12 HEALTH AND WELFARE AND PENSION            )  AND PROPOSED ORDER
   TRUST FUNDS, NEBF, JEIF, NECA             )
13 SERVICE CHARGE, NECA, DUES                )
   CHECK OFF  AND APPRENTICESHIP             )
14 TRAINING TRUST FUNDS,                     )
                                             )  DATE:    March 9, 2007
15               Plaintiffs,                  )  TIME:    10:30 A.M.
                                             )  PLACE:   Courtroom 3, 5th Floor
16 vs.                                       )
                                             )  JUDGE:   Honorable Jeremy Fogel
17 HARLAN LEE CARLSON, JR.,                  )
   individually and doing business as       )
18 NORTHERN STATES ELECTRIC,                 )
                                             )
19               Defendants.                  )
   _____ )
20

21       Plaintiff in the above-entitled action submits this Case Management Statement and

22 proposed order, and requests that the court adopt it as the Case Management Order in this case.

23 On February 27, 2007, Plaintiffs filed a First Amended Complaint amending the months

24 delinquent by Defendant.  The First Amended Complaint is out for service.

25                          **DESCRIPTION OF THE CASE**

26       This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust

27 Funds.

28       Plaintiffs would like to continue the case for ninety (90) days to proceed with service of

                                        1

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER

1   process of the First Amended Complaint and to allow sufficient time for a response from
2   Defendant.  Therefore, Plaintiffs request that the case be continued until June 15, 2007, for
3   another Case Management Conference.

5                                                                 Respectfully submitted,

7   Dated: February 28, 2007
8                                                                 SUE CAMPBELL
                                                                  Attorney for Plaintiff

10                                              **ORDER**

11          The Case Management Conference is hereby continued to June 15, 2007, at 10:30 a.m.,
12   in Courtroom 3, 5th Floor.  Plaintiff will file an update and proposed action ten (10) days prior
13   to the Case Management Conference.

15   Dated:   _3/2/07_____

16                                                                 JUDGE OF THE U.S. DISTRICT COURT

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER