\*\*E-filed 6/13/07\*\*

SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB TRAGNI AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>HARLAN LEE CARLSON, JR., individually and doing business as NORTHERN STATES ELECTRIC,<br><br>　　　　　Defendants. | CASE NO.:  C06-07351 JF PVT<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER<br><br>DATE:　June 15, 2007<br>TIME:　10:30 A.M.<br>PLACE:　Courtroom 3, 5th Floor<br><br>JUDGE:　Honorable Jeremy Fogel |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. The complaint was filed on November 29, 2006. On February 27, 2007, Plaintiffs filed a First Amended Complaint amending the months delinquent by Defendant. The First Amended Complaint was served on March 21, 2007. Defendants have contacted plaintiffs requesting a five month payment schedule for the balance of the monies due.

### DESCRIPTION OF THE CASE

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust

1  Funds.

2  Plaintiffs would like to continue the case for five (5) months to proceed with collection
3  of the settlement money. Therefore, Plaintiffs request that the case be continued until
4  November 16, 2007, for another Case Management Conference.

Respectfully submitted,

Dated: June 5, 2007

*[signature]*
SUE CAMPBELL
Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to November 16, 2007, at 10:30 a.m., in Courtroom 3, 5th Floor. Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: 6/13/07

*[signature]*
JUDGE OF THE U.S. DISTRICT COURT
Jeremy Fogel

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER