**E-filed 10/17/07**

1  SUE CAMPBELL
   Attorney at Law, State Bar Number 98728
2  1155 North First Street, Suite 101
   San Jose, California 95112
3  Phone: (408) 277-0648
   Fax:    (408) 938-1035
4
   Attorney for Plaintiffs
5

6

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10  BOB TRAGNI AND WILLIAM T.           )  CASE NO.:  C06-07351 JF PVT
    BARROW, AS TRUSTEES OF THE          )
11  INTERNATIONAL BROTHERHOOD OF        )  REQUEST FOR
    ELECTRICAL WORKERS LOCAL 332        )  DISMISSAL OF
12  HEALTH AND WELFARE AND PENSION      )  ENTIRE ACTION
    TRUST FUNDS, NEBF, JEIF, NECA       )
13  SERVICE CHARGE, NECA, DUES          )
    CHECK OFF  AND APPRENTICESHIP       )
14  TRAINING TRUST FUNDS,               )
                                        )
15              Plaintiffs,             )
                                        )
16  vs.                                 )
                                        )
17  HARLAN LEE CARLSON, JR.,            )
    individually and doing business as  )
18  NORTHERN STATES ELECTRIC,           )
                                        )
19              Defendants.             )
                                        )
20  ─────────────────────────────────────

21          Comes  now  the  Plaintiffs  BOB  TRAGNI  AND  WILLIAM  T.  BARROW,  AS

22  TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS

23  LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF,

24  NECA  SERVICE  CHARGE,  NECA,  DUES  CHECK  OFF   AND  APPRENTICESHIP

25  TRAINING TRUST FUNDS in the above-entitled action and hereby dismiss the entire action

26  without prejudice as to every party.

27          No answer has been filed in this matter.  The defendant has paid all monies requested in

28  the complaint for November and December 2006 and January 2007.  This dismissal specifically

                                      1

─────────────────────────────────────────────
            REQUEST FOR DISMISSAL OF ENTIRE ACTION

1    does not waive the right of the Trust Funds to audit the employer for the above time period, or
2    any other time period, and to collect any additional monies found to be delinquent as a result
3    of an audit through a subsequent legal action.

4
5    Dated: October 4, 2007

            SUE CAMPBELL
6            Attorney for Plaintiffs

7
8
9
10
11    IT IS SO ORDERED.
12    10/17/07

13            JUDGE JEREMY FOGEL U.S. District Court
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**PROOF OF SERVICE BY MAIL**

I, the undersigned, say:

That I am now and at all times herein mentioned a citizen of the United States, over the age of eighteen years, a resident of Santa Clara County, California, and not a party to the within action or cause; that my business address is 1155 North First Street, Suite 101, San Jose, California; that I served a copy of the attached REQUEST FOR DISMISSAL OF ENTIRE ACTION by placing said copy in an envelope addressed to

HARLAN LEE CARLSON, JR., individually and doing business as
NORTHERN STATES ELECTRIC
6351 SCARLETT COURT
DUBLIN, CA 94568

which envelope was then sealed and, with postage fully prepaid thereon, was on October 4, 2007, deposited in the United States mail at San Jose, California; that there is delivery service by United States mail at the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 4, 2007, at San Jose, California.

CHRISTINE DELGADILLO

3